


FILED

Jul 17 2024, 9:10 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

I N T H E

# Court of Appeals of Indiana

Indiana Bureau of Motor Vehicles
and Joseph B. Hoage, in his official capacity
as Commissioner of the Indiana Bureau
of Motor Vehicles,

*Appellants-Defendants,*

v.

Fitz Simmons, A.G., S.D., C.O., K.W.,
W.A., B.W., K.H., S.R., J.T., K.O., S.O., and J.L.,

*Appellees-Plaintiffs.*

---

July 17, 2024

Court of Appeals Case No.
23A-PL-899

Appeal from the
Monroe Circuit Court

The Honorable
Holly M. Harvey, Judge

---

**Opinion by Senior Judge Shepard**
Judges Bradford and Felix concur.

**Shepard, Senior Judge.**

The Appellees petition for rehearing of our decision in *Indiana Bureau of Motor Vehicles v. Simmons*, 233 N.E.3d 1016 (Ind. Ct. App. 2024). Contending that the Court's use of the phrase "biological division of being either female or male" has no support in usage or law and will be used to harm transgender individuals, the Appellees request the Court to remove the phrase from its opinion.

Upon due consideration, we grant rehearing and modify our opinion by striking the word "biological" in the first sentence of paragraph 33. We reaffirm our original decision in all other respects.

Bradford, J., and Felix, J., concur.

ATTORNEYS FOR APPELLANTS

Theodore E. Rokita
Attorney General of Indiana

James A. Barta
Solicitor General of Indiana

Jenna M. Lorence
Deputy Solicitor General

Katelyn E. Doering
Deputy Attorney General
Indianapolis, Indiana


ATTORNEYS FOR APPELLEES

Megan Stuart
Jon Laramore
Indiana Legal Services, Inc.
Indianapolis, Indiana


Brent A. Auberry
David A. Suess
Faegre Drinker Biddle & Reath, LLP
Indianapolis, Indiana